UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO AGUILAR LOPEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S.A. AMERICA,<br><br>                    Defendant. | NO:  CV-12-5005-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

Magistrate Judge Hutton filed a Report and Recommendation on February 23, 2012, ECF No. 10, recommending Mr. Aguilar Lopez's Motion to Voluntarily Dismiss be granted.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 9, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.   Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

1 the remaining balance of the filing fee as directed.  Therefore, Plaintiff still is

2 obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

3 **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

4 Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff,

5 and close the file.

6 **DATED** this 21st day of March 2012.

7

8 *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON

9 Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2